Case: 2:25-cv-00245-JLG-CMV Doc #: 9 Filed: 07/30/25 Page: 1 of 1  PAGEID #: 42

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Kerry Bern,

    Plaintiff,                                    Case No. 2:25-cv-245
                                                  Judge James L. Graham
v.                                             Magistrate Judge Chelsey M. Vascura.

Distinctive Surfaces, LLC,

    Defendant.

<u>Order</u>

This matter is before the Court on the July 7, 2025 Show Cause Order (Doc. 8) instructing plaintiff to show cause within 14 days why this case should not be dismissed for failure to prosecute. *See* Local Civil Rule 55.1(b).  Plaintiff has not responded to the Show Cause Order.  Accordingly, plaintiff's action is hereby DISMISSED for failure to prosecute.

                                                                   *s/ James L. Graham*
                                                                     JAMES L. GRAHAM
                                                                     United States District Judge

DATE: July 30, 2025